Dec. 23, 2013

APPROVED AND SO ORDERED:

/s/ Lloyd King
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: NES SARMIENTO TIBURCIO, <br><br> Debtor. | CASE NO. 13-00996 <br> Chapter 13 <br><br> DATE: November 13, 2013 <br> TIME: 1:30 p.m. <br> JUDGE: Hon. Lloyd King |

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER GRANTING US BANK, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR THE RMAC PASS-THROUGH TRUST SERIES 2013-A'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

US BANK, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR THE RMAC PASS-THROUGH TRUST SERIES 2013-A ("US BANK, NATIONAL ASSOCIATION") Motion for Relief from Automatic Stay and Co-Debtor Stay, filed on September 12, 2013, having come on for hearing in the above entitled court on November 13, 2013, before the Honorable Lloyd King, Melodie Aduja, Esq. having appeared along with Debtor Nes Sarmiento Tiburcio, Reginald K.T. Yee, Esq. for interested party, US BANK, NATIONAL ASSOCIATION, and no other parties having appeared. The court having reviewed the pleadings, declarations and the files and records herein and being fully

informed in the premises and finding good cause appearing therefore, the Court makes the following findings of facts:

**FINDINGS OF FACT**

1. Co-Debtor Faustino L. Castillo filed his voluntary bankruptcy petition in Chapter 13 Case No. 10-00302 on February 3, 2010. The case was dismissed for failure to file the required documents on March 15, 2010, by an Order Dismissing Case With 180-Day Bar to Refiling.

2. Co-Debtor Faustino Luis Castillo filed his voluntary bankruptcy petition again in Chapter 13 Case No. 10-03359 on November 3, 2010. A Motion for Relief from Automatic Stay and Co-Debtor Stay was filed on January 28, 2011. The Motion for Relief from Automatic Stay and Co-Debtor Stay was unopposed, and an Order Granting Relief from Stay was filed on March 2, 2011. The case was dismissed on March 26, 2011 for non-appearance of Co-Debtor Faustino Luis Castillo at the creditors' meeting on March 10, 2011.

3. Debtor NES SARMIENTO TIBURCIO, filed ~~his~~ her first voluntary bankruptcy petition in Chapter 13 Case No. 11-02775 on October 20, 2011. The Chapter 13 bankruptcy petition was dismissed on March 30, 2012 for failure to make plan payments.

-2-

4.  Debtor NES SARMIENTO TIBURCIO filed ~~his~~ *her* second voluntary bankruptcy petition in Chapter 13 Case No. 13-00996 on June 12, 2013, which suspended the State court ejectment proceedings in Arch Bay Holdings Etc vs. Faustino L. Castilo, et al., Civil No. 08-1-1690-08, in the Circuit Court of the First Circuit, State of Hawaii, on the subject real property located at 1503 Piikea Street, Honolulu, HI 96818, TMK (1) 9-9-050-096 ("state court ejectment proceedings").

5.  On September 12, 2013, US BANK, NATIONAL ASSOCIATION, filed a Motion for Relief From Stay in 13-00996 to allow it to proceed with state court ejectment proceedings.

6.  On October 30, 2013, Debtor NES SARMIENTO TIBURCIO filed a Memorandum in Opposition to Motion for Relief from the Automatic Stay, raising the issue of standing and other arguments in a collateral attack on the underlying state court foreclosure action leading to the sale and transfer of the subject property as basis for the state court ejectment proceedings.

## CONCLUSIONS OF LAW

Based on the foregoing findings of fact, the Court concludes that:

1.  Debtor NES SARMIENTO TIBURCIO and Co-Debtor Faustino Luis Castillo have been abusing the bankruptcy court process.

-3-

2. US BANK, NATIONAL ASSOCIATION is entitled to relief from the automatic stay.

3. The Rooker-Feldman Doctrine which is derived from two Supreme Court cases, *Rooker v. Fidelity Trust Co.*, 263 U.S. 413, 44 S.Ct. 149, 68 L.Ed. 362 (1923) and *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 103 S.Ct. 1303, 75 L.Ed. 206 (1983) does not allow a collateral attack on a State Court foreclosure action. The statutory origin of the doctrine is from 28 U.S.C.A. § 1257 which gave the Supreme Court subject matter jurisdiction over appeals from final judgments. By implication, interpretation, and case law, the Rooker-Feldman Doctrine prevents a bankruptcy court from entertaining any attack directed at a state court judgment.

4. The Motion for Relief from the Automatic Stay is granted.

**END OF ORDER**


APPROVED AS TO FORM/STIPULATED:

_____
ROBERT E. CHAPMAN
REGINALD K. T. YEE
Attorneys for Interested Party
US BANK, NATIONAL ASSOCIATION,
NOT IN ITS INDIVIDUAL CAPACITY,
BUT SOLELY AS TRUSTEE FOR THE
RMAC PASS-THROUGH TRUST SERIES
2013-A

U.S. Bankruptcy Court - Hawaii #13-00996 Dkt # 51 Filed 12/23/13 Page 4 of 6

APPROVED AS TO FORM/STIPULATED:


_____
MELODIE ADUJA
Attorney for Debtor
NES SARMIENTO TIBURCIO


Submitted by:
ROBERT E. CHAPMAN   #2679
rchapman@paclawteam.com
REGINALD K. T. YEE   #2340
ryee@paclawteam.com
CLAY CHAPMAN IWAMURA PULICE & NERVELL
700 Bishop Street, Suite 2100
Honolulu, Hawaii  96813
Telephone No. 535-8400
Facsimile No. 535-8444
Attorneys for Interested Party
 US BANK, NATIONAL ASSOCIATION, NOT
IN ITS INDIVIDUAL CAPACITY, BUT SOLELY
AS TRUSTEE FOR THE RMAC PASS-THROUGH
TRUST SERIES 2013-A

U.S. Bankruptcy Court - Hawaii   #13-00996   Dkt # 51   Filed 12/23/13   Page 5 of 6

APPROVED AS TO FORM/STIPULATED:


_____
MELODIE ADUJA
Attorney for Debtor
NES SARMIENTO TIBURCIO


Submitted by:
ROBERT E. CHAPMAN  #2679
rchapman@paclawteam.com
REGINALD K. T. YEE  #2340
ryee@paclawteam.com
CLAY CHAPMAN IWAMURA PULICE & NERVELL
700 Bishop Street, Suite 2100
Honolulu, Hawaii  96813
Telephone No. 535-8400
Facsimile No. 535-8444
Attorneys for Interested Party
 US BANK, NATIONAL ASSOCIATION, NOT
IN ITS INDIVIDUAL CAPACITY, BUT SOLELY
AS TRUSTEE FOR THE RMAC PASS-THROUGH
TRUST SERIES 2013-A

---

NES SARMIENTO TIBURCIO; Case No. 13-00996; Case Type: Chapter 13; Findings of Fact, Conclusions of Law and Order Granting US Bank, National Association, not in its Individual Capacity, but Solely as Trustee for the RMAC Pass-Through Trust Series 2013-A's Motion for Relief from Automatic Stay and Co-Debtor Stay

-5-

U.S. Bankruptcy Court - Hawaii   #13-00996   Dkt # 51   Filed 12/23/13   Page 6 of 6